**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ARMEN KELESHIAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>PANERA BREAD COMPANY,<br><br>*Defendants.* | No. 4:26-cv-00123 MAL |

**ORDER**

Before the Court is Plaintiffs' Motion to Appoint Interim Class Counsel (Doc. 19). In that motion, Plaintiffs requested the appointment of Gearld D. Wells, III of Lynch Carpenter LLP, M. Anderson Berry of Emery Reddy, PC, and Brian C. Gudmundson of Zimmerman Reed, LLP as interim co-lead class counsel. Plaintiffs also requested this Court appoint a "Steering Committee," comprised of Daniel Srourian of the Srourian Law Firm, P.C., Melissa R. Emert of Kantrowitz, Goldhamer, Graifman, Perlmutter & Carballo, P.C., Kevin Laukaitis of Laukaitis Law, LLC, Ryan Maxey of Maxey Law Firm, and Morry S. Cole of Gray, Ritter & Graham, P.C. Plaintiffs further requested this Court appoint Maureen Brady of McShane & Brady LLC as Liaison Counsel. Defendant Panera Bread Company has not filed suggestions in opposition.

By Order of this Court dated October 1, 2026, this Court granted in part Plaintiff's Motion, (Doc. 27), and appointed Interim Co-Lead Counsel but set Plaintiffs' request for appointment of liaison counsel and a Plaintiffs' Steering Committee for hearing, which the Court conducted on October 14, 2026. The Court

now grants the motion to appointing liaison counsel and a steering committee as requested by the Plaintiffs.

## I. Appointment of Steering Committee and Liaison Counsel

The Court appoints Maureen Brady as Liaison Counsel and a Plaintiffs' Steering Committee comprised of MaryBeth Gibson of Gibson Consumer Law Group, Daniel Srourian of the Srourian Law Firm, P.C., Melissa R. Emert of Kantrowitz, Goldhamer, Graifman, Perlmutter & Carballo, P.C., Kevin Laukaitis of Laukaitis Law, LLC, Rya Maxey of Maxey Law Firm, and Morry S. Cole of Gray, Ritter & Graham, P.C. Plaintiffs' Steering Committee shall work with and at the direction of Interim Co-Lead Class Counsel.

## II. Conclusion

The Motion to Appoint Interim Class Counsel, Doc. 19, is **GRANTED**.

Accordingly,

**IT IS ORDERED,** that Maureen Brady is appointed as Liaison Counsel.

**IT IS FURTHER ORDERED,** MaryBeth Gibson of Gibson Consumer Law Group, Daniel Srourian of the Srourian Law Firm, P.C., Melissa R. Emert of Kantrowitz, Goldhamer, Graifman, Perlmutter & Carballo, P.C., Kevin Laukaitis of Laukaitis Law, LLC, Ryan Maxey of Maxey Law Firm, and Morry S. Cole of Gray, Ritter & Graham, P.C. as Plaintiffs' Steering Committee.

This 19th day of October, 2026.

Maria A. Lanahan

MARIA A. LANAHAN
UNITED STATES DISTRICT JUDGE